McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MATHIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. **2:05-CV-01013-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the administrative law judge (ALJ) shall update claimant's medical treatment records, obtain a pulmonary consultative examination to clarify the nature and severity of the claimant's impairments, and obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

   The Appeals Council and/or ALJ may take any additional action deemed appropriate to develop the record and issue a new decision.

   It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

   The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1

authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: January 12, 2006                      */s/ Eugenie Denise Mitchell*
                                             EUGENIE DENISE MITCHELL
                                             Attorney for Plaintiff

DATED: January 13, 2006                      McGREGOR W. SCOTT
                                             United States Attorney

                                         By: */s/ Bobbie J. Montoya*
                                             BOBBIE J. MONTOYA
                                             Assistant U. S. Attorney
                                             Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
GERALYN L. GULSETH
Assistant Regional Counsel
United States Social Security Administration

_____ o0o_____

**ORDER**

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties.  The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**SO ORDERED.**

**DATED: 1/18/06**                           /s/ Gregory G. Hollows

                                             **GREGORY G. HOLLOWS**
                                             **UNITED STATES MAGISTRATE JUDGE**

mathis1013.ord

Re:  Mathis V. Barnhart,  2:05-cv-01013-ggh, Stipulation and Order Stipulation Remanding the Case and Directing the Clerk to Enter Judgment